1

2

3

4

5

6

7

8

9

10

O

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SACR05-195-DOC |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Zuniga, Frank ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued
by the United States District Court for the _____ CD (a) _____,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of
Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
3142(b) or (c).  This finding is based on _background_ _carty_ _ties_
_unknown due to failure to interview; bail resources_
_unknown; Ongoing substance abuse problem; association_

1  with multiple personal identifiers; nature of violations
2  evidences def cannot be trusted to comply with
3  and/or                                    supervision conditions

4  B.   (X) The defendant has not met his/her burden of establishing by clear and

5  convincing evidence that he/she is not likely to pose a danger to the safety of any

6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7  finding is based on _____ Criminal history record, incl

8  _____ multiple conv's for narcotics offenses; substance

9  _____ abuse history; ongoing substance abuse problem

10 _____

11 _____

12

13    IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED: _____ 6/24/14 _____

17                           ROBERT N. BLOCK
                             UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28