O

FILED
CLERK, U.S. DISTRICT COURT

FEB 18 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Zuniga, Frank<br><br>        Defendant. | Case No.: SACR05-195-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  __CD CA__  , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __substance abuse history; association with multiple personal identifiers; demonstrated lack of amenability to supervision; backgrd, cmty ties__

1 | _unknown due to failure to interview; bail resources_
2 | _unknown_
3 | and/or
4 | B.    [X] The defendant has not met his/her burden of establishing by clear and
5 | convincing evidence that he/she is not likely to pose a danger to the safety of any
6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 | finding is based on _criminal history record, incl. multiple_
8 | _convs for narcotics offenses; substance abuse_
9 | _history; ongoing substance abuse problem; commission_
10 | _of new narcotics offenses while under supervision_

    IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: _2/18/15_

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE